# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 8329 | DATE | 11/25/2002 |
| CASE TITLE | Anthony D. Norman vs. Charles Campbell, M.D. et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ____.
(3) ☐ Answer brief to motion due____. Reply to answer brief due____.
(4) ☐ Ruling/Hearing on ____ set for ____ at ____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ____ set for ____ at ____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ____ set for ____ at ____.
(7) ☐ Trial[set for/re-set for] on ____ at ____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ____ at ____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff's application to proceed in forma pauperis is denied and his claim is dismissed.

(11) ■ [For further detail see order attached to the original minute order.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANTHONY D. NORMAN, )
)
       Plaintiff, )
)
vs. ) No. 02 C 8329
)
CHARLES CAMPBELL, M.D., et al., )
)
       Defendants. )

NOV 2 6 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff Anthony D. Norman brings this action against defendants Charles Campbell, M.D. and Michael Reese Hospital alleging medical malpractice, seeking damages of $100,000,000. Along with his complaint, plaintiff filed an application to proceed *in forma pauperis* which, for the following reasons, is denied.

Under 18 U.S.C. § 1915(a) the court may authorize a plaintiff to proceed *in forma pauperis* if he is unable to pay the prescribed court fees. Plaintiff's affidavit states that while he does have some income from various sources, his monthly wages are around $100 to $200. As such, we find that he has established his inability to pay the required court costs.

Our inquiry does not end here. Section 1915 requires us to conduct an initial review of plaintiff's claim and dismiss the action if we find that it is frivolous or malicious, it fails to state a claim, or that petitioner seeks damages from a defendant who is immune. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); Alston v. Debruy, 13 F.3d 1036, 1039 (7th Cir. 1994).

Plaintiff alleges that either Dr. Campbell, the hospital, or both, were negligent in removing a sternal wire from his chest, resulting in severe physical damage. Plaintiff and



defendants are all residents of Illinois for purposes of the diversity statute, 28 U.S.C. § 1332, which requires complete diversity of the parties. *See* Strawbridge v. Curtiss, 7 U.S. 367 (1806). While plaintiff may state a negligence claim based on Illinois tort law, he neither establishes diversity of citizenship, nor does he state a claim which arises from a federal question. We do not have subject matter jurisdiction over plaintiff's claim.

For the foregoing reasons, plaintiff's application to proceed *in forma pauperis* is denied and his claim is dismissed.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 25, 2002.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony D. Norman        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 02 C 8329

Charles Campbell, M.D. et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's application to proceed in forma pauperis is denied and his claim is dismissed.

Michael W. Dobbins, Clerk of Court

Date: 11/25/2002

Willie A. Haynes, Deputy Clerk